# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| PANTAURUS, LLC | § | |
| Plaintiff, | § | C. A. NO. 2:16-cv-180-JRG-RSP |
| v. | § | |
| PITNEY BOWES INC. | § | LEAD CASE 2:16-cv-00110 |
| Defendant. | § | |

## ORDER OF DISMISSAL

In consideration of the Joint Motion For Dismissal, it is ORDERED, ADJUDGED AND DECREED that: (i) all claims asserted in this suit by Plaintiff against Defendant, are hereby dismissed with prejudice; and (ii) all counterclaims asserted in this suit by Defendant against Plaintiff, are hereby dismissed without prejudice

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 25th day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE